DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

## 1 MAY 2003

| | | | |
|---|---|---|---|
| No. 547P02<br><br>Case below:<br><br>149 N.C. App. 669 | State v. Colt | 1. Temporary Stay (COA01-192)<br><br>2. Defs' Petition for Writ of Supersedeas<br><br>3. Defs' NOA Based Upon a Constitutional Question<br><br>4. Defs' PDR Under N.C.G.S § 7A-31<br><br>5. AG's Motion to Deny the Petition for Writ of Supersedeas<br><br>6. AG's Motion to Deny Temporary Stay<br><br>7. AG's Motion to Dismiss Appeal<br><br>8. AG's Motion to Deny PDR | 1. Disolved<br><br>2. Denied<br><br>3. ——<br><br>4. Denied<br><br>5. Dismissed<br><br>6. Dismissed<br><br>7. Allowed<br><br>8. Dismissed |
| No. 181P03<br><br>Case below:<br><br>Cumberland County Superior Court | State v. Franceschi | 1. Def's Petition for Writ of Supersedeas<br><br>2. Def's PWC to Review the Order of the Superior Court<br><br>3. Def's Motion for Temporary Stay | 1. Denied<br><br>2. Denied<br><br>3. Allowed<br>**04/15/03**<br>Stay Dissolved<br>**05/01/03** |
| No. 184P03<br><br>Case below:<br><br>Craven County Superior Court | State v. Frazier | 1. Def's Motion for Temporary Stay<br><br>2. Def's Motion to Rehear and Reconsider Pursuant to App. Rule 37, the Applications of Reginald L. Frazier<br><br>3. Def's Addendum to Motion for Arrest of Judgment and Petition for Writ of Habeas Corpus Filed Before this Court | 1. Denied<br>**04/04/03**<br>2. Denied<br>**04/16/03**<br><br>3. Denied<br>**05/01/03** |
| No. 480P02<br><br>Case below:<br><br>151 N.C. App. 750 | State v. Hagans | 1. Def's NOA Based Upon a Constitutional Question (COA01-853)<br><br>2. Def's PDR Under N.C.G.S. § 7A-31<br><br>3. AG's Motion to Dismiss Appeal | 1. ——<br><br>2. Denied<br><br>3. Allowed |
| No. 183P03<br><br>Case below:<br><br>156 N.C. App. 634 | State v. Hensley | 1. Def's PDR Under N.C.G.S. § 7A-31 (COA02-520)<br><br>2. AG's Motion to Deny Discretionary Review | 1. Denied<br><br>2. Dismissed as Moot |
| No. 621P02<br><br>Case below:<br><br>153 N.C. App. 801 | State v. Howie | Def's PWC to Review the Decision of the COA (COA01-1459) | Denied |